**James A. FARMER, Jr., Plaintiff—Appellant,**

v.

**B.A. BLEDSOE; J. Davidson; J. Crum; A. Wolf; Bureau of Prisons, Officers, Defendants—Appellees.**

No. 05–7877.

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2006.

Decided: April 10, 2006.

James A. Farmer, Jr., Appellant Pro Se.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James A. Farmer, Jr. appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Farmer v. Bledsoe*, No. CA–05–631–7 (W.D.Va. Nov. 3, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*